# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| **ANGELO BINNO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 17-11553-SFC-RSW** |
| ) | |
| **LAW SCHOOL ADMISSION** ) | **Hon. Sean F. Cox** |
| **COUNCIL, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT'S LIST OF TRIAL WITNESSES

Defendant Law School Admission Council ("LSAC") hereby identifies the following individuals whom it currently anticipates calling as witnesses at the trial in this action, if a trial is held.  If the case goes forward, additional discovery will be needed and expert disclosures may be made, which may require updates and changes to this list.

### Witnesses that LSAC Expects to Present at Trial

a.     Kim Dempsey, Psy.D.
Manager of Accommodated Testing
LSAC

b.     Lily Knezevich
Senior Director of Test Development
LSAC

c.     Lynda Reese
Director of Psychometric Research
LSAC

d.     Angelo Binno

e.     Shelesha Taylor (if permitted to intervene)

## Witnesses that LSAC May Present if the Need Arises

a.     John Heckenlively, MD
Kellogg Eye Center
1000 Wall Street
Ann Arbor, MI 48105
(734) 763-2280

b.     Kanishka Thiran Jayasundera MB ChB
Kellogg Eye Center
1000 Wall Street
Ann Arbor, MI 48105
(734) 763-5906

Dated:  July 3, 2018                                    Respectfully submitted,

                                                       /s/  *Benjamin W. Jeffers*
                                                       Benjamin W. Jeffers (P57161)
                                                       Hickey Hauck Bishoff & Jeffers PLLC
                                                       One Woodward Avenue, Suite 2000
                                                       Detroit, MI 48226
                                                       (313) 964-9019
                                                       bjeffers@hhbjlaw.com

                                                       Robert A. Burgoyne (pro hac vice)
                                                       Caroline M. Mew (pro hac vice)
                                                       Perkins Coie LLP
                                                       700 13th Street, NW, Suite 600
                                                       Washington, D.C.  20005
                                                       (202) 654-1744
                                                       rburgoyne@perkinscoie.com
                                                       cmew@perkinscoie.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, my assistant electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                                       /s/ *Benjamin W. Jeffers*
                                                       Benjamin W. Jeffers (P57161)
                                                       Hickey Hauck Bishoff & Jeffers PLLC
                                                       One Woodward Avenue, Suite 2000
                                                       Detroit, MI 48226
                                                       (313) 964-9019
                                                       bjeffers@hhbjlaw.com

4837-2510-6284, v. 1