UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELO BINNO,

    Plaintiff,

v.

LAW SCHOOL ADMISSION
COUNCIL, INC.,

    Defendant.

Case No. 2:17-cv-11553-SFC-RSW

Hon. Sean F. Cox
Magistrate Judge R. Steven Whalen

| | |
|---|---|
| Jason M. Turkish (P76310)<br>Ryan T. Kaiser (P79491)<br>NYMAN TURKISH PC<br>20750 Civic Center Drive, Suite 290<br>Southfield, MI 48076<br>248-284-2480<br>Jason.Turkish@NymanTurkish.com<br>Ryan.Kaiser@NymanTurkish.com | Benjamin W. Jeffers (P57161)<br>Patrick F. Hickey (P36648)<br>Hickey Hauck Bishoff & Jeffers, PLLC<br>1 Woodward Avenue, Suite 2000<br>Detroit, MI 48226<br>313-964-9019 (direct)<br>bjeffers@hhbjlaw.com<br>phickey@hhbjlaw.com |
| David R. Moss (P65977)<br>Disability Law Clinic<br>Wayne State University Law School<br>471 West Palmer Street<br>Detroit, MI 48202<br>313-577-3970<br>david.moss@wayne.edu | Robert A. Burgoyne (DC Bar # 366757)<br>Caroline M. Mew (DC Bar # 467354)<br>Perkins Coie LLP<br>700 13th Street, NW, Suite 600<br>Washington, DC 20005-3960<br>202-654-1767 (direct)<br>rburgoyne@perkinscoie.com<br>cmew@perkinscoie.com |
| *Attorneys for Plaintiff and*<br>*Proposed Plaintiff-Intervenor* | *Attorneys for Defendant* |

## **STIPULATION AND ORDER OF DISMISSAL**

The parties, by and through their counsel, stipulate that:

- 2 -

1. Plaintiff Angelo Binno filed the above-captioned lawsuit against Defendant Law School Admission Council, Inc. ("LSAC") on May 16, 2017.

2. Ms. Shelesha Taylor filed a motion to intervene as an additional Plaintiff in the lawsuit on December 12, 2017.

3. On September 14, 2018, Ms. Taylor filed a supplemental notice withdrawing her motion to intervene.

4. On January 7, 2019, the Court dismissed the above-captioned lawsuit without prejudice pursuant to the parties' joint stipulation.

5. The parties have reached an agreement to fully and finally resolve their dispute in an amicable manner.

6. One of the terms of the agreement is that Mr. Binno agrees to dismissal of the lawsuit with prejudice, and he hereby stipulates to such a dismissal.

7. LSAC agrees to the dismissal of the lawsuit with prejudice.

8. Ms. Taylor has no objection to dismissal of the lawsuit with prejudice.

9. A proposed Order of Dismissal is attached hereto, which the parties respectfully request be entered in the Court in accordance with this Stipulation.

Stipulated to by:

| | |
|---|---|
| */s/ Jason M. Turkish (with permission)* | */s/ Benjamin W. Jeffers* |
| Jason M. Turkish (P76310) | Benjamin W. Jeffers (P57161) |
| Attorney for Mr. Binno and Ms. Taylor | Attorney for LSAC |
| | |
| Dated: October 7, 2019 | Dated: October 7, 2019 |

- 3 -

## ORDER OF DISMISSAL

The Court, having been advised that the parties have reached an amicable settlement, hereby dismisses the above-captioned lawsuit **with prejudice**, with each party to bear its own fees and expenses except as they may otherwise have agreed as part of their settlement.

This Order resolves all pending claims and closes the case.

IT IS SO ORDERED.

Dated:  October 8, 2019               s/Sean F. Cox  
                                      Sean F. Cox
                                      U. S. District Judge